DAVID K. McCARTHY, Respondent, *v.* REBA W. McCARTHY, Appellant.

(Argued March 15, 1881; decided March 22, 1881.)

REPORTED below (16 Hun, 546).

*W. S. Hevenor* for appellant.

*Hiscock, Gifford & Doheny* for respondent.

Agree to affirm without opinion.
All concur.
Order affirmed.

---

THE PEOPLE ex rel. ELIZABETH F. FLOYD et al., Appellants, *v.* ROBERT L. PETTY et al., Highway Commissioners, etc., Respondents.

(Submitted March 15, 1881; decided March 22, 1881.)

*Roe & Macklin* for appellants.

*A. A. Spear* for respondents.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.

---

SOLOMON LOEB, Appellant, *v.* BENJAMIN A. WILLIS, Impleaded, etc., Respondent.

(Argued March 15, 1881; decided March 22, 1881.)

*Will Man* for appellant.

*William Settle* for respondent.

Agree to dismiss appeal without opinion.
All concur.
Appeal dismissed.